IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TERRY ANTONIO CARTER,

      Appellant,

 v.

Case No.  5D22-982
LT Case No. 2021-CF-00239

STATE OF FLORIDA,

      Appellee.

_____/

Opinion filed April 21, 2023

Appeal from the Circuit Court
for Flagler County,
Terence R. Perkins, Judge.

Matthew J. Metz, Public Defender,
and Jane Almy, Assistant Public
Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Robin A. Compton,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

Appellant, Terry Antonio Carter, was charged with one count of battery and one count of false imprisonment. After his motion for judgment of acquittal was denied, the jury returned guilty verdicts as to both counts. The trial court adjudicated him guilty on both counts and imposed legal sentences. However, when it imposed $809 in costs in the order regarding community control, the trial court failed to include statutory citations for each cost, despite the legal requirement to do so. *See V.D. v. State*, 922 So. 2d 1037, 1038 (Fla. 5th DCA 2006) (citing *Miller v. State*, 912 So. 2d 1282 (Fla. 2d DCA 2005)).

Accordingly, having considered the *Anders* brief and finding only the error regarding costs, we affirm the judgment and sentence, but remand for entry of an amended order of community control to include appropriate statutory citations for the authority to impose each item of cost.

AFFIRMED; REMANDED FOR ENTRY OF AMENDED ORDER.

LAMBERT, C.J., EDWARDS and JAY, JJ., concur.